IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURA B. DANIELS,

        Plaintiff,                    No. 2:10-cv-02332 FCD KJN PS

        v.

DEPARTMENT OF CORRECTIONS
AND REHABILITATION, and
Does 1-50, inclusive,

        Defendants.             <u>ORDER</u>

/

        This matter was on for a status (pretrial scheduling) conference before the undersigned on April 7, 2011, following the withdrawal of plaintiff's counsel and the resulting referral of this matter to the undersigned by the assigned district judge.[1]  (<u>See</u> Memo. & Order, Feb. 7, 2011, at 3, Dkt. No. 11; Minute Order, Feb. 11, 2011, Dkt. No. 14.)  Although defendant filed a status report in advance of the scheduling conference (Dkt. No. 15), plaintiff failed to file such a report.  Plaintiff, who is now proceeding without counsel, appeared on her own behalf at the scheduling conference.  Deputy Attorney General Julie L. Harlan appeared on defendant's behalf.

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

1    At the scheduling conference, plaintiff represented that she is still in the process
2 of trying to retain new counsel and requested that she be given 90 days to continue her efforts.
3 The undersigned indicated at the scheduling conference that the court would grant plaintiff
4 approximately 60 additional days in which to retain counsel and respond to outstanding
5 discovery requests, refrain from setting new dates in this case at this time, and conduct a follow
6 on status (pretrial scheduling) conference in this case on June 9, 2011.  If plaintiff is unable to
7 retain counsel by the June 9, 2011 scheduling conference, the undersigned will schedule dates in
8 this case assuming that plaintiff is proceeding without counsel.[2]

    Accordingly, IT IS HEREBY ORDERED that:

1. A further status (pretrial scheduling) conference shall be held before the undersigned on Thursday, June 9, 2011, at 10:00 a.m., in Courtroom 25.  The parties shall file a joint status report or separate status reports no later than seven days prior to the rescheduled status (pretrial scheduling) conference.

2. On or before June 8, 2011, plaintiff shall respond to all outstanding discovery requests propounded by defendant.  Although plaintiff has been given an opportunity to respond to the outstanding discovery requests, defendant shall retain the right to argue that plaintiff waived her objections to any or all discovery requests by failing to timely object.

IT IS SO ORDERED.

DATED:  April 7, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff represented at the scheduling conference that if she is unable to retain new counsel, she might dismiss her case instead of proceeding without counsel.

2