IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURA B. DANIELS,

        Plaintiff,                    No. 2:10-cv-02332 KJM[1] KJN PS

        v.

DEPARTMENT OF CORRECTIONS
AND REHABILITATION, and
Does 1-50, inclusive,

        Defendants.              ORDER
_____/

        On June 1, 2011, the parties filed a stipulation dismissing this case without prejudice, which was necessarily filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[2] (Dkt. No. 19.) By rule, that stipulated dismissal, which was signed by all of the parties to the action, was effective immediately and without a court order. See Fed. R. Civ. P. 41(a)(1) (providing that "a stipulation of dismissal signed by all of the parties who have appeared" effectuates a dismissal *without* a court order); see also Eitel v. McCool, 782 F.2d

---

[1] On August 31, 2011, United States District Judge Kimberly J. Mueller was assigned as the district judge in this action. (Order of Reassignment, Dkt. No. 21.)

[2] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

1470, 1473 & n.4 (9th Cir. 1986) (noting that the parties' oral representations agreeing to the dismissal of the action constituted a voluntary stipulated dismissal under Rule 41(a)(1)(A)(ii), and that no court order was necessary to effectuate the dismissal); cf. <u>United States v. Real Property Located at 475 Martin Lane, Beverly Hills, CA</u>, 545 F.3d 1134, 1145-46 (9th Cir. 2008) (addressing the self-executing nature of dismissals under Rule 41(a)(1)(A)(i)).

Nevertheless, on September 1, 2011, defendant filed a proposed order dismissing the action pursuant to Rule 41(a)(1)(A)(ii), seeking an effective date of dismissal of June 1, 2011. (Dkt. No. 22.)  Defendant's proposed order is unnecessary to effectuate the dismissal of plaintiff's case without prejudice because the case was already dismissed on June 1, 2011.  In any event, the undersigned enters this order for the purpose of clarification and to close this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated dismissal filed by the parties on June 1, 2011, effectuated the immediate dismissal of this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) on June 1, 2011, and without a court.

2. The Clerk of Court is directed to vacate all dates and close this case.

IT IS SO ORDERED.

DATED:  September 6, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE